UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LACEY HUMPHREYS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>SAFECO INSURANCE COMPANY OF )<br>INDIANA, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>3:17-CV-2254-G |

### ORDER

The parties' joint motion to dismiss with prejudice (docket entry 48) is **GRANTED**.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that all claims that have been and/or could have been asserted in the above-styled and numbered cause are hereby dismissed with prejudice to the re-filing of same with costs of court to be taxed against the party incurring the same. All relief not expressly granted herein is **DENIED**.

**SO ORDERED.**

September 3, 2019.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**